RECEIVED
APR 30 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| William Vaughn aka Mosias, for himself and all other persons similarly situated,<br>　　　　Plaintiff,<br><br>v.<br><br>William H. Gates III aka Bill Gates, et al., (See Ex. P-03 for full list)<br>　　　　Defendants. | Case No.: **4:21-cv-00503 JAR**<br><br>Trespass<br>2 COUNTS<br><br>Proof of COVID-19 Hoax |

## DECLARATION

William Vaughn ("Plaintiff"), one of the People of the United States ("POTUS") as prescribed in the Preamble of the Constitution for the United States of America ("CUSA"), files this suit ("Suit"), in propria persona, against Bill Gates, et al. ("Defendants"). (U.S. Const. pmbl.)

As one of the POTUS, Plaintiff's authority is superior to the Magistrate. (¶¶ 8-13) Therefore, since the CUSA makes provision for Plaintiff to prosecute his case at common law, and to Plaintiff's knowledge, the Magistrate makes no provision for the same, Plaintiff asserts his authority to prescribe the BCLC Common Law Rules of Civil Proceedings for sole ruling on the instant case. (¶¶ 4-6; Ex. P-01 B.C.L. R. Civ. P. 4.A-B) Furthermore, Plaintiff also alters the summons to accommodate common law proceedings, as follows:

- All Defendants, without exception, must serve on the Plaintiff an answer to the attached declaration within 21 calendar days, not counting the day of receipt.

- If any served Defendant fails to respond in a timely manner, judgment by default

will be entered against him for the relief demanded in this declaration.

- Only an answer will be accepted. Motions, affirmative defenses, etc. are strictly prohibited, and shall result in the said default judgment, pursuant to the said common law rules. (*Id*. at 8.B.1)

Pursuant to the foregoing, Defendants have been summoned to answer said Plaintiff for money damages. Accordingly, Plaintiff states:

## STATEMENTS OF JURISDICTION

1. Plaintiff is one of the POTUS. (Preamble above)

2. At all times material to this Suit, Plaintiff's domicile was in Saint Louis County, Missouri.

3. The venue for this Suit is Saint Louis County, Missouri.

4. This federal court ("Court") is a court of record. (Ex. P-01 B.C.L. R. Civ. P. 4.B)

5. A court of record proceeds according to the course of common law. (*Id*. at 4.A.2)

6. Plaintiff demands that this case proceed in a court of common law, pursuant only to the BCLC Common Law Rules of Civil Proceedings. (*Id*. at Rule 3)

7. This Court has original jurisdiction. (¶¶ 4-6)

## STATEMENTS OF AUTHORITY

8. The order of authority for this Court is the Judicial Tribunal, the Plaintiff, the Magistrate, and the Defendants. (Ex. P-01 B.C.L. R. Civ. P. 6.B)

9. "The authority of the [P]laintiff is superior to the authority of the [M]agistrate." (*Id*. at 6.A.13)

10. "All public civil officers at all levels (i.e., federal, state, city, local, etc.) are members of the Magistrate, including the President of the United States of America, congressmen of the USA, Supreme Court justices of the USA, marshals of the USA, city and county police officers, FBI agents, CIA agents, IRS agents, et al." (*Id*. at

    6.A.15)

11. "[P]laintiff's authority is superior to all public civil officers." (*Id*. at 6.A.16)

12. All legislation (i.e., laws, statutes, rules, regulations, etc.) of the Magistrate is subject to Plaintiff. (*Id*. at 6.A.14)

13. Unless specifically stated in this declaration or the said common law rules, Plaintiff does not consent to yielding his authority to any subordinates, including public civil officers, legislation, etc. (¶¶ 6, 8-12)

## STATEMENTS OF LAW

14. Plaintiff prohibits said civil officers from issuing any decisions, judgments, commands, orders, etc. without his consent. (¶ 11)

15. Plaintiff prohibits said civil officers from committing any acts of bad faith, including dilatory acts. (Ex. P-01 B.C.L. R. Civ. P. 5.D.2.g)

16. Any violators of the said prohibitions may be subject to sanctions. (*Id*. at 5.D.2.h)

17. "To no one will we sell, to no one will we refuse or delay, right or justice." (Magna Carta, c. 40 (1215); Exc. 1)

18. The Declaration of Independence is protected by the Constitution for the United States of America. (*BUTCHERS' UNION CO. v. Crescent City Co.*, 111 US 746, 762 (1884))

19. "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness." (*The Declaration of Independence* para. 2, cl. 1 (U.S. 1776))

20. "But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce [mankind] under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security." (*Id*. at cl. 4)

21. "No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or Enumeration herein before directed to be taken." (U.S. Const. art. I, § 9, cl. 4)

22. "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." (U.S. Const. art. VI, cl. 2)

23. "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." (U.S. Const. amend. IV)

24. "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation." (U.S. Const. amend. V)

25. "In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law." (U.S. Const. amend. VII)

26. "Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction." (U.S. Const. amend. XIII)

27. It is a well-established maxim that "[silence shows consent]." (*Black's Law Dictionary* 1554 (4th Ed. 1968))

28. It is a well-established maxim that "[w]hen transgression is multiplied, let the infliction of punishment be increased." (*Black's Law Dictionary* 1670 (4th Ed. 1968))

29. The compensatory damages for each count are based on the daily rate of $10,000.00 per day for every calendar day Plaintiff has to spend defending his rights in this Suit.

30. Starting on the date of this Suit, the said daily rate period covers at least 180 calendar days, inclusive, that amounts to $1,800,000.00 per count.

31. The said compensatory damages are in addition to other direct damages.

32. Pursuant to the Supreme Court of the United States of America, when a defendant commits a "really mean" act, punitive damages can amount to as much as 526 times the compensatory damages. (*See* Ex. P-222 Glossary "really mean"; Exc. 5)

33. A 6% interest shall apply to the total damages per count.

## DEMAND FOR TRIAL BY JURY

34. This Suit is at common law. (¶ 5)

35. The value in controversy exceeds twenty dollars.

36. Plaintiff demands a trial by jury as a matter of law. (¶¶ 25, 34-35)

## DEMAND FOR JUSTICE

37. Plaintiff demands justice without refusal, delay or cost as a matter of law. (¶ 17)

38. Plaintiff demands security in his papers as a matter of law. (¶ 23)

## GENERAL FACTUAL ALLEGATIONS

39. The Bill & Melinda Gates Foundation ("Foundation") provides financial support to the Global Preparedness Monitoring Board ("GPMB"). (Global Preparedness Monitoring Board, *A WORLD AT RISK: Annual report on global preparedness for health emergencies* 2 (2020); Exc. 8)

40. The World Health Organization ("WHO") is one of the founders of the GPMB. (*WHO Director-General's introductory remarks for the launch of the GPMB 2020 annual report: A world in disorder* 1 (Published: September 14, 2020, Downloaded: March 12, 2021, Site: who.int); Exc. 9)

41. The United Nations is the founder of the WHO. (WHO Technical Report Series, *WHO Expert Committee on Drug Dependence* 2 (43rd Report 2021); Exc. 10)

42. On or about March 11, 2020, "[the WHO] announced that the COVID-19 outbreak [can be] characterized as a pandemic ...." (Donald J. Trump, *Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak* 2 (Published: March 13, 2020, Downloaded: March 12, 2021, Site: trumpwhitehouse.archives.gov); Exc. 11)

43. Pursuant to the previous fact, a reasonable inference can be drawn to show that the said pandemic has not been scientifically verified. (¶ 42)

44. On or about March 13, 2020, only about two days after the said unscientific announcement, former President Donald J. Trump proclaimed a national emergency concerning the coronavirus outbreak. (Donald J. Trump, *Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak* 2 (Published: March 13, 2020, Downloaded: March 12, 2021, Site: trumpwhitehouse.archives.gov); Exc. 11)

45. Defendants who are members of the Magistrate knew or should have known of the trespasses herein, but did nothing to prevent or stop the same.

## COUNT 1: TRESPASS — DEATH BY VACCINES

46. Plaintiff restates, redemands and realleges the foregoing *Statements of Jurisdiction*, *Statements of Authority*, *Statements of Law*, *Demand for Trial by Jury*, *Demand for Justice*, and *General Factual Allegations*.

47. Pursuant to the Declaration of Independence, Plaintiff has an unalienable right to not be murdered by the injection of a vaccine. (¶ 19)

48. On or about February 20, 2010, Bill Gates gave a TED Talk entitled "Innovating to Zero." (Bill Gates, *Innovating to Zero* (Video length of 29:32, 20-FEB-2010))

49. As a matter of fact, in the said TED Talk, Bill Gates stated: "The world today has 6.8 billion people. ... Now, if we do a [**REALLY GREAT JOB**] on new vaccines, ... we could lower [the population] by perhaps 10 or 15 percent." (*Id.* at 4:30)

50. From the previous fact, a reasonable inference can be drawn to show that Bill Gates intends to murder up to over one billion people with vaccines. (¶ 49)

51. The Foundation is one of the founders of Gavi, the Vaccine Alliance ("Gavi"). (Ex. P-101 *The Bill & Melinda Gates Foundation* at 1-2 (Downloaded: March 12, 2021, Site: gavi.org))

52. Since about 1999, the Foundation pledged over four billion dollars to Gavi for the creation of vaccines "[t]hat are effective, affordable and sustainable." (*Id.*; Bill Gates, *Bill Gates: The Best Investment I've Ever Made - WSJ* 2 (Published: January 16, 2019, Downloaded: March 12, 2021, Site: wsj.com)); Exc. 12)

53. Since about 2009, the Foundation, Pfizer, and Gavi partnered to create easily accessible vaccines. (Ex. P-102 *The Gavi Alliance | Pfizer* at 1 (Downloaded: March 14, 2021, Site: pfizer.com))

54. Since about September 30, 2020, the Foundation and multiple pharmaceutical companies, including Pfizer, partnered to make easily accessible vaccines for COVID-19. (*Life Science Companies and the Bill & Melinda Gates Foundation: Commitments to Expanded Global Access for COVID-19 Diagnostics, Therapeutics, and Vaccines* 1 (Published: September 30, 2020, Downloaded: March 14, 2021, Site: gatesfoundation.org)); Exc. 13)

55. On or about December 14, 2020, pursuant to the Department of Health and Human Services, the said vaccines authorized by the Food and Drug Administration were distributed throughout the United States. (*COVID-19 Vaccine Distribution: The Process* 3 (Downloaded: March 14, 2021, Site: hhs.gov)); Exc. 14)

56. The said vaccines are meant to be administered to Plaintiff. (¶ 55)

57. Since the said date, Defendants trespassed on said right by conspiring to target Plaintiff to take one of the said vaccines that were created to murder up to over one billion people. (¶¶ 47-56)

58. As a proximate result of the said trespass, Plaintiff suffered damages.

WHEREFORE, Plaintiff wishes the Judicial Tribunal to enter a judgment against Defendants for the following relief:

    a. Direct compensatory damages in the amount of $0;

    b. Daily rate compensatory damages in the amount of at least $1,800,000; (¶¶ 29-30)

    c. Total compensatory damages in the amount of $1,800,000; (¶ 31)

    d. Punitive damages in the amount of $946,800,000; (¶ 32)

    e. Interest in the amount of $56,916,000; (¶ 33)

    f. Total money damages in the amount of $1,005,516,000;

    g. Injunctive relief to immediately ban all coronavirus laws, guidelines, etc.;

    h. Injunctive relief to investigate Defendants for a presentment of an independent grand jury;

    i. Injunctive relief to charge Defendants with treason and other appropriate crimes upon conviction of said presentment; and

    j. Injunctive relief to sentence Defendants with the full penalty of said treason and other appropriate crimes upon said conviction.

## COUNT 2: TRESPASS — FAKED PANDEMIC

59. Plaintiff restates, redemands and realleges the foregoing *Statements of Jurisdiction*, *Statements of Authority*, *Statements of Law*, *Demand for Trial by Jury*, *Demand for Justice*, and *General Factual Allegations*.

60. Pursuant to the Declaration of Independence, Plaintiff has an unalienable right to not be subjected to a faked pandemic. (¶ 19)

61. On or about September 2019, the GPMB released an "[a]nnual report on global preparedness for health emergencies." (Global Preparedness Monitoring Board, *A WORLD AT RISK: Annual report on global preparedness for health emergencies* 1 (2020); Exc. 8)

62. The said report states that the United Nations, including the WHO, must "[conduct] at least two systemwide training and simulation exercises, including one covering the [deliberate] release of a lethal respiratory pathogen [i.e., COVID-19]" by September 2020. (*Id.* at 39, para. 2)

63. The said deliberate release of COVID-19 was planned approximately six months prior to the WHO announcing that COVID-19 could be characterized as a pandemic. (¶¶ 42, 61-62)

64. The said pandemic is a simulation exercise. (¶ 63)

65. The said pandemic is faked. (¶ 64)

66. Since about March 13, 2020, Defendants trespassed on said right by conspiring to coerce Plaintiff to follow coronavirus guidelines that included wearing a mask, social

distancing, and quarantining during said faked pandemic. (¶¶ 60-65)

67. As a proximate result of the said trespass, Plaintiff suffered damages.

WHEREFORE, Plaintiff wishes the Judicial Tribunal to enter a judgment against Defendants for the following relief:

   a. Direct compensatory damages in the amount of $0;

   b. Daily rate compensatory damages in the amount of at least $1,800,000; (¶¶ 29-30)

   c. Total compensatory damages in the amount of $1,800,000; (¶ 31)

   d. Punitive damages in the amount of $946,800,000; (¶ 32)

   e. Interest in the amount of $56,916,000; (¶ 33)

   f. Total money damages in the amount of $1,005,516,000;

   g. Injunctive relief to immediately ban all coronavirus laws, guidelines, etc.;

   h. Injunctive relief to investigate Defendants for a presentment of an independent grand jury;

   i. Injunctive relief to charge Defendants with treason and other appropriate crimes upon conviction of said presentment; and

   j. Injunctive relief to sentence Defendants with the full penalty of said treason and other appropriate crimes upon said conviction.

## VERIFICATION

For the said trespasses and damages in the monetary amount of $2,011,032,000, Plaintiff brings his lawsuit, and is ready to verify. Special thanks to the BEW common law students for the great research.

Respectfully submitted,

_____
William Vaughn
Anointed-in-the-Law

President, BEW Common Law Center, B.o.C.

Dated this 30th Day of April in the Year of our Lord Jesus Christ 2021.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served to the following recipients by the means indicated below on this 30th Day of April in the Year of our Lord Jesus Christ 2021:

Mr. and Mrs. Bill and Melinda Gates
Co-founders, Bill & Melinda Gates Foundation
500 5TH Ave N
Seattle, WA 98109-4636
Serviced by: Certified Mail

Mr. Donald J. Trump
Former President of the U.S.A.
1100 S Ocean Blvd
Palm Beach, FL 33480
Serviced by: Certified Mail

Mr. Michael R. Pence
Former Vice President of the U.S.A.
Transition Office
Arlington, VA
Serviced by: Pending

Ms. Sayler A. Fleming
United States Attorney's Office
Eastern District Of Missouri
Thomas Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, MO 63102
Serviced by: Certified Mail

BEW Common Law Students
Serviced by: Private Email

Churches Across America
Serviced by: Private Email